IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

MELISSA DUCKWORTH                                                                 PLAINTIFF

VS.                         CASE NO. 3:08-CV-00045 HLJ

MICHAEL J. ASTRUE,                                                                DEFENDANT
Commissioner, Social
Security Administration

## JUDGMENT

Pursuant to the Order filed in this matter this date, it is Considered, Ordered and Adjudged that the decision of the Commissioner is affirmed and that Plaintiff's complaint is dismissed with prejudice.

IT IS SO ORDERED.

DATED this 29th day of September, 2009.

_____
UNITED STATES MAGISTRATE JUDGE